



# MEMORANDUM OPINION

No. 04-10-00873-CV

Remigio A. **MARTINEZ**,
Appellant

v.

Honorable Catherine **TORRES-STAHL**,
Selena M. Alvarenga, Margaret G. Montemayor, and Mary Beccera,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-CI-08605
Honorable Karen H. Pozza, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:  July 13, 2011

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was due to be filed by May 25, 2011.  Because neither the brief nor a motion for extension of time was filed, on June 15, 2011, this court issued an order directing appellant to show cause in writing why this appeal should not be dismissed for want of prosecution.  Appellant has not responded.  Accordingly, this appeal is dismissed.  *See* Tex. R. App. P. 38.8(a)(1), 42.3(b),(c).

PER CURIAM